B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sam's Wines & Liquors Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba Sam's Wines & Spirits** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **36-3238071** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1720 North Marcey Street**<br>**Chicago, IL**<br>ZIPCODE **60614** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11
  U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under
  Title 26 of the United States Code (the
  Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check **one** box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Main Proceeding
- ☐ Chapter 15 Petition for
  Recognition of a Foreign
  Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer
  debts, defined in 11 U.S.C.
  § 101(8) as "incurred by an
  individual primarily for a
  personal, family, or house-
  hold purpose."
- ☑ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the debtor
  is unable to pay fee except in installments. Rule 1006(b). See Official Form
  3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or
  affiliates are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of
  creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for
  distribution to unsecured creditors.

THIS SPACE IS FOR
COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sam's Wines & Liquors Inc.** |
|---|---|

<table>
<tr><td colspan="3" align="center">**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed: **None**</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center">**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br>**See Schedule Attached**</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr><td align="center">**Exhibit A**</td><td align="center">**Exhibit B**</td></tr>
<tr>
<td>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Sam's Wines & Liquors Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

**Signature of Attorney***

X **/s/ Timothy W. Brink**
  Signature of Attorney for Debtor(s)

**Timothy W. Brink 06215802**
**DLA Piper LLP (US)**
**203 North LaSalle Street, Suite 1900**
**Chicago, IL 60601**

**timothy.brink@dlapiper.com**

**October 28, 2009**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
  Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
  Address

X _____
  Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J. David Foster**
  Signature of Authorized Individual

**J. David Foster**
  Printed Name of Authorized Individual

**Chief Financial Officer / Treasurer**
  Title of Authorized Individual

**October 28, 2009**
  Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Sam's Wines & Liquors Inc.                                    Case No. _____

_____
Debtor(s)

### VOLUNTARY PETITION
#### Continuation Sheet - Page 1 of 1

_____

Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor:

**Name of Debtor: Sam's Wines & Spirits Of Downers Grove, LLC**
**Case Number: Pending**
**Date Filed: 10/28/2009**
**District: Northern District Of Illinois**
**Relationship: Affiliate**
**Judge: Pending**

**Name of Debtor: Sam's Wines & Spirits Of Highland Park, LLC**
**Case Number: Pending**
**Date Filed: 10/28/2009**
**District: Northern District Of Illinois**
**Relationship: Affiliate**
**Judge: Pending**

**Name of Debtor: Sam's Wines & Liquors SL, LLC**
**Case Number: Pending**
**Date Filed: 10/28/2009**
**District: Northern District Of Illinois**
**Relationship: Affiliate**
**Judge: Pending**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

Sam's Wines & Liquors Inc.                   Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **180**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **October 28, 2009** _____   */s/ J. David Foster* _____
                                              Debtor

                                              _____
                                              Joint Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sam's Wines & Liquors Inc.
1720 North Marcey Street
Chicago, IL  60614

BACHINGER FARMS
P.O. BOX 254
PROSPECT HEIGHTS, IL  60070

BRIAN ROSEN
854 GROVE STREET
GLENCOE, IL  60022

DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

BAY BEYOND INC
29368 ATLANTIC DR
MELFA, VA  23410

BRUNKOW CHEESE CO-OP
17975 HWY. F
DARLINGTON, WI  53530

Accelerated Technology Solutions Corpora
550 FRONTAGE ROAD
SUITE 2725
NORTHFIELD, IL  60093

BBQ HQ, LLC
2863 Woodmere Drive
Northbrook, IL  60062

C.E. ZUERCHER & CO INC
7415 N. ST. LOUIS
SKOKIE, IL  60076-4031

ADVANCED MESSENGER SERVICE INC
485 N. MILWAUKEE AVE
CHICAGO, IL  60610-3922

BENNISON'S BAKERY
1000 DAVIS STREET
EVANSTON, IL  60201

CALIHAN CATERING
833 W Haines St
CHICAGO, IL  60642-4218

AJC NATURAL BEVERAGES
1644 W. CORTLAND
CHICAGO, IL  60622

BERKEL MIDWEST
4900 W. 128TH PLACE
ALSIP, IL  60803

CENTRAL DIST
2601 S. 25TH AVE
BROADVIEW, IL  60153

AMERICAN BOTTLING CO
21431 NETWORK PL
CHICAGO, IL  60673-1214

BESAM AUTOMATED ENTRANCE SYS
P.O. BOX 827375
PHILADELPHIA, PA  19182-7375

CHICAGO BEVERAGE SYSTEMS
441 N. KILBOURN
CHICAGO, IL  60624

ARBOR INVESTMENTS
676 N. MICHIGAN AVE
SUITE 3410
CHICAGO, IL  60614

BLUE PLATE
1061 West Van Buren
CHICAGO, IL  60607

CHICAGO CASH REGISTER
6300 OAKTON STREET
MORTON GROVE, IL  60053

Ascher's Chocolates
PO Box 95000-1875
Philadelphia, PA  19195-1875

BLUE ROOSTER
4011 N Ravenswood Ave
CHICAGO, IL  60613-4837

CHICAGO MAGAZINE
14844 COLLECTIONS CENTER DR.
CHICAGO, IL  60693

ATLAS LIFT TRUCK INC
5050 N. RIVER RD
SCHILLER PARK, IL  60176

BLUE SKY FACTORY INC
PO BOX 759235
BALTIMORE, MD  21275-9235

CHICAGO MESSENGER SERVICE, INC.
1600 S. ASHLAND AVENUE
CHICAGO, IL  60608-2013

B.D.I.
P.O. BOX 550
LAGRANGE, IL  60525

BONNECAZE & CIE WHOLESALE
131 30th Street, NE
Suite 6
Auburn, WA  98002

CHICAGO TRANSIT AUTHORITY
ATTN: CHICAGO CARD
901 WEST DIVISION STREET
CHICAGO, IL  60622-4216

CHICAGO TRIBUNE
14839 COLLECTIONS CENTER DR
CHICAGO, IL  60693-0148

COLLINS BROTHERS
2113 GREENLEAF
EVANSTON, IL  60202

DEPARTMENT OF THE TREASURY - IRS
CENTRALIZED INSOLVENCY OPERATIONS
POST OFFICE BOX 21126
PHILADELPHIA, PA  19114

CHICAGO VENDOR SUPPLY
7000 W 60th STREET
CHICAGO, IL  60638

COMED COMPANY
ATTN.: REVENUE MANAGEMENT DEPT.
2100 SWIFT DRIVE
OAK BROOK, IL  60523

DEX
8519 INNOVATION WAY
CHICAGO, IL  60682-0085

CHICAGOLAND CHAMBER OF COMMERC
P.O. BOX 70062
CHICAGO, IL  60673

Conifer
PO Box 177
Medina, WA  98039

DICAMILLO BAKERY
811 LINWOOD AVE
NIAGARA FALLS, NY  14305

CINTAS #769
1201 WEST ST CHARLES RD
MAYWOOD, IL  60153

COOK COUNTY COLLECTOR
118 NORTH CLARK STREET
CHICAGO, IL  60602

DIFRANCO AND ASSOCIATES, P.C.
617 WEST DEVON
PARK RIDGE, IL  60068

CIT TECHNOLOGY FIN SERV INC
21146 NETWORK PLACE
CHICAGO, IL  60673-1211

COZZINI BROS., INC.
350 HOWARD AVENUE
DES PLAINES, IL  60018

DISTRIBUTION PLUS INC
3812 COLLECTIONS CENTER DR
CHICAGO, IL  60693

CITY OF CHICAGO DEPT OF REVENUE
121 NORTH LASALLE STREET
ROOM 107
CHICAGO, IL  60602

Crown Corned Beef and Foods, Inc.
351 N. Justine
Chicago, IL  60607

DLA PIPER US LLP
5266 PAYSPHERE CIRCLE
CHICAGO, IL  60674

CLEAR CHANNEL OUTDOOR
POST OFFICE BOX 847247
DALLAS, TX  75284-7247

Crown Lift Trucks
2055 Hammond Dr.
SCHAUMBURG, IL  60173

DOOR SYSTEMS, INC.
751 EXPRESSWAY DR.
ITASCA, IL  60143

Clover Club Bottling Co.
356 Norht Kilbourn
Chicago, IL  60624

DAS FOODS, LLC.
P.O. BOX 37
HIGHWOOD, IL  60040

Dr. Pepper Snapple Group
21431 NETWORK PL
CHICAGO, IL  60673-1214

CLUB LUCKY
1824 W WABANSIA
CHICAGO, IL  60622

DELUXE BUSINESS - ALL LOCATIONS
P.O. BOX 742572
CINCINNATI, OH  45274-2572

EMCOR SERVICES TEAM MECHANICAL
INC.
960 INDUSTRIAL DR.
STE 2
ELMHURST, IL  60126

COCA COLA
135 S. LASALLE ST. DEPT 2335
DEPT 2335
CHICAGO, IL  60674-2335

DEMANDWARE, INC.
10 PRESIDENTIAL WAY
WOBURN, MA  01801

ENTERTAINING CO.
1640 W Walnut St
CHICAGO, IL  60612-2522

**EPIC PRODUCTS INC**
17370 MT HERRMANN ST
FOUNTAIN VALLEY, CA  92708

**EUROPEAN IMPORTS**
2475 N Elston Ave
CHICAGO, IL  60647-2033

**EUROPEAN IMPORTS & EXPORTS**
1765 CORTLAND CT, UNIT E
ADDISON, IL  60101

**EXPERIENCED EXTERMINATING CO**
P.O. BOX 34972
CHICAGO, IL  60634

**FEDERAL EXPRESS**
P.O. BOX 94515
PALATINE, IL  60094-4515

**FFE TRANSPORTATION SERVICES INC**
1145 EMPIRE CENTRAL PLACE
DALLAS, TX  75247

**Finders Forum Inc**
116 - 1465 Parkway Blvd.
Conquitlam,    V3E 3E6

**FINK SAFE & LOCK CO. INC.**
2307-11 N WESTERN AVE.
CHICAGO, IL  60647

**GARDA CL GREAT LAKES, INC.**
P.O. BOX 90191
PASADENA, CA  91109-0191

**GARRETT REALTY & DEV, INC.**
2211 NORTH ELSTON
SUITE 308
CHICAGO, IL  60614

**GARY POPPINS POPCORN**
10929 FRANKLIN AVE
SUITE N
FRANKLIN PARK, IL  60131

**GIL'S GOURMET GALLERY**
577 ORTIZ AVE
SAND CITY, CA  93955-3522

**GMAC**
P.O. 9001952
LOUISVILLE, KY  40290-1952

**GOODFELLAS TASTING &
MERCHANDISING COMPA**
495 GREENVIEW LANE
WHEELING, IL  60090

**GREAT AMERICA LEASING CORP**
POST OFFICE BOX 660831
DALLAS, TX  75266-0831

**GREAT LAKE BREWING NEWS**
571 SOUTH PARK AVENUE
BUFFALO, NY  14204

**GSP MARKETING**
320 WEST OHIO STREET
CHICAGO, IL  60610

**H&B Ham Co.**
202 Plum St.
Brighton, IL  62012

**HAPPY HOUR, INC.**
P.O. BOX 6191
LINDENHURST, IL  60046

**HAROLD IMPORTS CO INC**
747 VASSAR AVENUE
LAKEWOOD, NJ  08701

**HAWTHORNE LLC**
1000 WEST NORTH AVENUE
CHICAGO, IL  60622

**HEARTLAND PAYMENT SYSTEMS**
90 NASSAU STREET
PRINCETON, NJ  08542

**Hungry Hill Sausage Company**
18217 Dixie Highway
Homewood, IL  60430

**ILLINOIS DEPARTMENT OF REVENUE**
BANKRUPTCY SECTION, LEVEL 7-425
100 WEST RANDOLPH STREET
CHICAGO, IL  60601

**ILLINOIS DEPT. OF EMPLOYMENT
SECURITY**
BENEFIT PAYMENT CONTROL DIVISION
POST OFFICE BOX 4385
CHICAGO, IL  60680

**INFOSOLVE, INC.**
P.O. BOX 551725
DALLAS, TX  75355-1725

**ISOLA IMPORTS**
4525 S. TRIPP
CHICAGO, IL  60632-4416

**J & L CATERING**
1229 N. North Branch Street
CHICAGO, IL  60622

**J.F. AHERN CO.**
P.O. BOX 1316
FOND DU LAC, WI  54936-1316

**JANI-KING OF IL**
1701 E. WOODFIELD RD #1100
SCHAUMBURG, IL  60173-5131

JDY MEAT
5135 N. CLAIRMONT #2
CHICAGO, IL  60625

KNOX & SCHNEIDER INC.
P.O. BOX 34
LAGRANGE, IL  60525

MACKE WATER SYSTEMS INC
P.O. BOX 545
WHEELING, IL  60090-0545

Jennie and Vera's Cookies
PO Box 3494
Barrington, IL  60011-3494

KRASNY & CO
2829 N. CLYBOURN
CHICAGO, IL  60618

MENZA FOODS, LLC
340 SHORE DRIVE
BURR RIDGE, IL  60527

JEWEL EVENTS
424 North Wood Street
CHICAGO, IL  60622

LA MUZZARELLA
4999 CHAMBERS DR.
BARRINGTON, IL  60010

METROPOLIS COFFEE COMPANY LLC
5545 NORTH CLARK
2ND FLOOR
CHICAGO, IL  60640

Jillson Roberts
330 West Castor Street
Santa Ana, CA  92704-3908

La Pomme de Pin
114 Applebee St.
Barrington, IL  60010

METTEL
P.O. BOX 9660
MANCHESTER, NH  03108-9660

JORGE MARTINEZ
5628 S Albany
CHICAGO, IL  60629

LANAC Technology Corp.
525 WEST VAN BUREN ST.
SUITE 1150
CHICAGO, IL  60607

MIDLAND CONTAINER LP
3545 NICHOLSON ROAD
PO BOX 266
FRANKSVILLLE, WI  53126

Junior League of Chicago
1447 N. Astor Street
Chicago, IL  60610

LCA BANK CORPORATION
POST OFFICE BOX 1650
TROY, MI  48099-1650

MILITO'S MOBILE
1106 W. FULLERTON
CHICAGO, IL  60614

KEN LEROY
2175 N. CALIFORNIA AVE.
CHICAGO, IL  60647

LE CREUSET OF AMERICA
P.O. BOX 651222
CHARLOTTE, NC  28265-1222

MODERN LUXURY, LLC
P.O. BOX 512808
LOS ANGELES, CA  90051-0808

KENNEDY WEBSTER ELECTRIC CO
133 NORTH JEFFERSON STREET
CHICAGO, IL  60661

LIMELIGHT CATERING
2000 N Racine Ave
CHICAGO, IL  60614-4045

NATIONWIDE ADVERTISING SPECIALTY
CO.
P.O. BOX 1267
2025 SOUTH COOPER
ARLINGTON, TX  76004-1267

KEOGH ELECTRIC INC
P.O. BOX 87433
CHICAGO, IL  60680

LONGBRANCH PRODUCTS
P.O. BOX 8056
WILMETTE, IL  60091

Natural Juice Company
550 Clayton Court
Wood Dale, IL  60191

KEY EQUIPMENT FINANCE
POST OFFICE BOX 74713
CLEVELAND, OH  44194-0796

LYONS CONSULTING GROUP INC
405 W. SUPERIOR ST., SUITE 300
CHICAGO, IL  60654

NEW IMAGE TECHNOLOGIES, INC.
380 INDUSTRIAL DRIVE
SOUTH ELGIN, IL  60177

NICOLE'S
1505 N. KINGSBURY ST.
CHICAGO, IL  60622-2533

PIONEER PRESS
3132 PAYSPHERE CIRCLE
CHICAGO, IL  60674

Rishi Tea
427 E. Stewart Street
Milwaukee, WI  53212

NORTH SHORE PRINTERS, INC.
535 SOUTH SHERIDAN ROAD
WAUKEGAN, IL  60085

PITNEY BOWES GLOBAL FINANCIAL
POST OFFICE BOX 856056
LOUISVILLE, KY  40285-6042

RIVER VALLEY RANCH
39900 60TH ST
BURLINGTON, WI  53105-7811

O'NEILL & GASPARDO, LLC
9697 WEST 191ST STREET
SUITE 201
MOKENA, IL  60448

PLITT CO
DEPT.20-1108
P.O. BOX 5940
CAROL STREAM, IL  60197-5940

RSVP INTERNATIONAL
4021 13TH AVE W
SEATTLE, WA  98119

OENOPHILIA
P.O. BOX 1070
CHARLOTTE, NC  28201-1070

POTIRONNE COMPANY, LLC
ACCONTS RECEIVABLE
120 Thornwood Road
Georgetown, TX  78628

RUBINELLI INC
590 W. CROSSROADS PARKWAY
BOLINGBROOK, IL  60440

ORKIN PEST CONTROL - LP
4201 W 36th St.
Chicago, IL  60632

Potters Fine Foods LLC
100 South Baldwin
Suite 303
Madison, WI  53703

RUNGE PAPER CO
2201 ARTHUR AVE
ELK GROVE VILLAGE, IL  60007

Pacific Gold Marketing Inc.
3451 Yeager Drive
Madera, CA  93637

POWER DISTRIBUTING LLC
185 INDUSTRIAL DR
ELMHURST, IL  60126

SIEGEL MOSES & SCHOENSTADT PC
444 N. MICHIGAN AVE., STE 2600
CHICAGO, IL  60611-3903

PEPSI
75 REMITTANCE DRIVE, STE 1884
CHICAGO, IL  60675-1884

PREMIERE PLUS
7284 W DEVON AVE
CHICAGO, IL  60631

SIMPLEXGRINNELL LP
DEPT. CH 10320
PALATINE, IL  60055-0320

PERSONNEL PLANNERS, INC.
913 W. VAN BUREN N-3A
CHICAGO, IL  60680-3937

PROVIDENT LIFE & ACCIDENT INS CO
PO BOX 403748
ATLANTA, GA  30384-3748

SNOOTH
162 MADISON AVE
FLR 4
NEW YORK, NY  10016

PETERS IMPORTS
3040 REMICO SW
GRANDVILLE, MI  49418

PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY  40285-6042

STAPLES BUSINESS ADVANTAGE
DEPT. DET
P.O. BOX 83689
CHICAGO, IL  60696-3689

PICKENS KANE
410 N. MILWAUKEE AVE.
CHICAGO, IL  60654

RELIABLE FIRE EQUIPMENT CO.
12845 SOUTH CICERO AVENUE
ALSIP, IL  60803-3083

STATEWIDE INVESTIGATIVE SERVICES,
INC.
2041 W. CARROLL AVE., SUITE 221
CHICAGO, IL  60612

SUGAR RIVER CHEESE CO
1342 DARTMOUTH LANE
DEERFIELD, IL  60015

THE HOME CITY ICE CO.
P. O. BOX 111116
CINCINNATI, OH  45211

WASTE MANAGEMENT
P.O. BOX 4648
CAROL STREAM, IL  60197-4648

SUNRISE HITEK SERVICE, INC.
5915 N. NORTHWEST HIGHWAY
CHICAGO, IL  60631

THE ONION
BIN 88003
MILWAUKEE, WI  53288-0003

WBBM AM
22577 NETWORK PLACE
CHICAGO, IL  60673-1225

Sweet Endeavours
1101 Tower Rd.
Schaumburg, IL  60173

THE VINUM CORPORATION
P.O. BOX 5342
OAK BROOK, IL  60522

WEINBAUER DISTRIBUTING - BEER
10600 SEYMOUR
FRANKLIN PARK, IL  60131

SWEET MARGY CONFECTION DIVA
3141 N. RACINE
CHICAGO, IL  60657

TRUE FABRICATIONS
P.O. BOX 12159
SEATTLE, WA  98102

WHIMSICAL CANDY
8 W. MONROE ST #909
CHICAGO, IL  60603

Sweet Miss Giving's
1229 N. North Branch Suite 123
Chicago, IL  60642

TWIN ANCHOR
1655 N. SEDGWICK
CHICAGO, IL  60614

WHITAKER & ASSOCIATES
PO BOX 730
FALL CITY, WA  98024

SWL HOLDINGS, LLC
676 NORTH MICHIGAN AVENUE, SUITE
3410
CHICAGO, IL  60611

UNIFIRST CORP
2045 NORTH 17TH AVE.
MELROSE PARK, IL  60160

WINECONNECT, INC.
1330 NE QUINCY
#301
MINNEAPOLIS, MN  55413

TERRY'S TOFFEE
1117 W. GRAND AVENUE
CHICAGO, IL  60622

Urban Oven
910 S Hohokam Drive Ste 101
Tempe, AZ  85281

WINSTON & STRAWN LLP
35 WEST WACKER DRIVE
CHICAGO, IL  60601-9703

THAT PICKLE GUY
6359 KNOLL WOOD CT
LISLE, IL  60532

USPS
2623 N Clark St
Chicago, IL  60614

WINTERSET, INC.
883 LAKESHORE DRIVE EAST
HEBRON, OH  43025

THE CHICAGO CLUB
81 EAST VAN BUREN ST
CHICAGO, IL  60605

VINQUIRE
368 7TH AVE, SUITE 2
SAN FRANCISCO, CA  94118

WORLD WIDE GOURMET
21616 87TH AVE. S.E.
WOODINVILLE, WA  98072

The Great American Cheese Collection
2320 West 110th Street
Chicago, IL  60643

VIOLA IMPORTS INC
P.O. BOX 185
60009-0185, IL  60009-0185

WTMX-FM
130 EAST RANDOLPH STREET
SUITE 2700
CHICAGO, IL  60601

**YELLOW PAGES UNITED**
**MAIN PROCESSING CENTER**
**PO BOX 50038**
**JACKSONVILLE, FL  32240-0038**


**YELLOW PAGES UNITED**
**PO BOX 53251**
**ATLANTA, GA  30355**