**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-40598 |
| | § | |
| SAM'S WINES & LIQUORS INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 A.M. on 02/16/2016, in Courtroom 744, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/09/2016            By:  /s/ Horace Fox, Jr.
                                          Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-40598 |
| | § | |
| SAM'S WINES & LIQUORS INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $126,839.97
*and approved disbursements of*   $58,009.03
*leaving a balance on hand of[1]:*   $68,830.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $68,830.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $9,592.00 | $8,336.00 | $1,256.00 |
| William Hackney and Smith Amundson LLC , Attorney for Trustee Fees | $86,218.10 | $40,000.00 | $46,218.10 |
| William Hackney and Smith Amundson LLC , Attorney for Trustee Expenses | $8,210.41 | $0.00 | $8,210.41 |
| LOIS WEST, Accountant for Trustee Fees | $3,750.00 | $0.00 | $3,750.00 |
| Lois West, Accountant for Trustee Expenses | $5.50 | $0.00 | $5.50 |
| Clerk of the Bankruptcy court, Clerk of the Court Costs | $10,250.00 | $10,250.00 | $0.00 |
| Other: VOID: Clerk of the Bankruptcy court, Clerk of the Court Costs | ($5,500.00) | ($5,500.00) | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for chapter 7 administrative expenses: | $59,440.01 |
|---|---|---|
| | Remaining balance: | $9,390.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $9,390.93 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,642.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 58 | Debbie L. King-Harris | $1,600.00 | $0.00 | $1,600.00 |
| 65 | Tim Guimond | $1,670.55 | $0.00 | $1,670.55 |
| 72 | Jonathan Burdick | $1,050.48 | $0.00 | $1,050.48 |
| 81 | Roger Hartmuller | $137.02 | $0.00 | $137.02 |
| 82 | Nicole Dick | $745.63 | $0.00 | $745.63 |
| 91a | Illinois Dept., of Revenue, Bankruptcy Section | $39.04 | $0.00 | $39.04 |

| | Total to be paid to priority claims: | $5,242.72 |
|---|---|---|
| | Remaining balance: | $4,148.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,180,490.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 1 | Lincoln Park Auto Inc. | $1,275.59 | $0.00 | $2.43 |
| 2 | Ford Motor Credit Company LLC | $20,117.01 | $0.00 | $38.27 |
| 3 | Ford Motor Credit Company LLC | $14,210.07 | $0.00 | $27.03 |
| 4 | Ford Motor Credit Company LLC | $11,826.02 | $0.00 | $22.50 |
| 5 | Illinois Department of Employment Security | $0.00 | $0.00 | $0.00 |
| 6 | NATIONWIDE ADVERTISING SPECIALTY CO. | $3,307.00 | $0.00 | $6.28 |
| 7 | Peter T Litton | $215.82 | $0.00 | $0.41 |
| 8 | CIT Communications Finance Corporation | $67,365.01 | $0.00 | $128.16 |
| 9 | FedEx Cust Info Svcs | $8,945.82 | $0.00 | $17.02 |
| 10 | SimplexGrinnell | $1,240.00 | $0.00 | $2.36 |
| 11 | WABASH/ROOSEVELT, LLC | $1,000,000.00 | $0.00 | $1,902.42 |
| 12 | Alan Shorthall | $522.11 | $0.00 | $0.99 |
| 13 | GARY POPPINS POPCORN | $392.32 | $0.00 | $0.75 |
| 14 | PERSONNEL PLANNERS, INC. | $1,122.00 | $0.00 | $2.13 |
| 15 | ADVANCED MESSENGER SERVICE INC | $5,555.30 | $0.00 | $10.57 |
| 16 | RELIABLE FIRE EQUIPMENT CO. | $61.53 | $0.00 | $0.12 |
| 17 | RUNGE PAPER CO | $3,615.90 | $0.00 | $6.88 |
| 18 | NORTH SHORE PRINTERS, INC. | $21,266.58 | $0.00 | $40.46 |
| 19 | BENNISON'S BAKERY | $2,235.46 | $0.00 | $4.25 |
| 20 | THE HOME CITY ICE CO. | $12,255.35 | $0.00 | $23.31 |
| 21 | James Fleming | $1,230.00 | $0.00 | $2.34 |
| 22 | ATLAS LIFT TRUCK INC | $69.10 | $0.00 | $0.13 |
| 23 | DOOR SYSTEMS, INC. | $289.50 | $0.00 | $0.55 |
| 24 | Ascher's Chocolates | $763.67 | $0.00 | $1.45 |
| 25 | FINK SAFE & LOCK CO. INC. | $457.03 | $0.00 | $0.87 |
| 26 | Potters Fine Foods LLC | $156.00 | $0.00 | $0.30 |
| 27 | CLUB LUCKY | $392.00 | $0.00 | $0.75 |
| 28 | MODERN LUXURY, LLC | $10,110.00 | $0.00 | $19.23 |
| 29 | RSVP INTERNATIONAL | $566.00 | $0.00 | $1.08 |
| 30 | PIONEER PRESS | $13,581.00 | $0.00 | $25.84 |
| 31 | Sweet Endeavours | $477.60 | $0.00 | $0.91 |
| 32 | Gerald Johnneson | $420.00 | $0.00 | $0.80 |
| 33 | C.E. ZUERCHER & CO INC | $4,761.86 | $0.00 | $9.06 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 34 | CHICAGO MESSENGER SERVICE, INC. | $26,963.53 | $0.00 | $51.30 |
| 35 | Finders Forum Inc | $262.00 | $0.00 | $0.50 |
| 36 | STATEWIDE INVESTIGATIVE SERVICES, INC. | $13,427.65 | $0.00 | $25.55 |
| 37 | MENZA FOODS, LLC | $622.56 | $0.00 | $1.18 |
| 38 | Lincoln Park Auto, Inc. | $1,275.59 | $0.00 | $2.43 |
| 39 | HEARTLAND PAYMENT SYSTEMS | $3,483.31 | $0.00 | $6.63 |
| 40 | CENTRAL DIST | $6,397.71 | $0.00 | $12.17 |
| 41 | COLLINS BROTHERS | $8,785.75 | $0.00 | $16.71 |
| 42 | KNOX & SCHNEIDER INC. | $3,139.22 | $0.00 | $5.97 |
| 43 | PICKENS KANE | $1,451.46 | $0.00 | $2.76 |
| 44 | Jennie and Vera's Cookies | $130.80 | $0.00 | $0.25 |
| 45 | EUROPEAN IMPORTS | $17,334.96 | $0.00 | $32.98 |
| 46 | THE VINUM CORPORATION | $9,982.70 | $0.00 | $18.99 |
| 47 | WHIMSICAL CANDY | $94.50 | $0.00 | $0.18 |
| 48 | GIL'S GOURMET GALLERY | $1,793.87 | $0.00 | $3.41 |
| 49 | Conifer | $201.41 | $0.00 | $0.38 |
| 50 | Accelerated Technology Solutions Corpora | $12,000.00 | $0.00 | $22.83 |
| 51 | LE CREUSET OF AMERICA | $3,527.69 | $0.00 | $6.71 |
| 52 | Natural Juice Company | $112.00 | $0.00 | $0.21 |
| 53 | THE VINUM CORPORATION | $9,982.70 | $0.00 | $18.99 |
| 54 | William Perez | $500.00 | $0.00 | $0.95 |
| 55 | Stephen Strong | $322.74 | $0.00 | $0.61 |
| 56 | Peter Lo | $1,075.25 | $0.00 | $2.05 |
| 57 | LA MUZZARELLA | $6,919.56 | $0.00 | $13.16 |
| 59 | Pioneer Press | $3,106.00 | $0.00 | $5.91 |
| 60 | POWER DISTRIBUTING LLC | $1,020.00 | $0.00 | $1.94 |
| 61 | Pitney Bowes Inc | $7,147.01 | $0.00 | $13.60 |
| 62 | SIEGEL MOSES & SCHOENSTADT PC | $9,000.00 | $0.00 | $17.12 |
| 63 | Peter T Litton | $217.80 | $0.00 | $0.41 |
| 64 | HAPPY HOUR, INC. | $1,216.00 | $0.00 | $2.31 |
| 66 | COZZINI BROS., INC. | $3,727.50 | $0.00 | $7.09 |
| 67 | Jillson Roberts | $703.80 | $0.00 | $1.34 |
| 68 | BACHINGER FARMS | $2,786.49 | $0.00 | $5.30 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 69 | Glenn Gee | $61.20 | $0.00 | $0.12 |
| 70 | Waste Management c/o Jacquolyn E. Mills | $5,586.39 | $0.00 | $10.63 |
| 71 | WINECONNECT, INC. | $7,720.00 | $0.00 | $14.69 |
| 73 | Key Equipment Finance, Inc. | $117,713.98 | $0.00 | $223.94 |
| 74 | Southern Wine & Spirits of Illinois | $613,408.78 | $0.00 | $1,166.96 |
| 75 | JANI-KING OF IL | $34,895.25 | $0.00 | $66.39 |
| 76 | DEPARTMENT OF THE TREASURY - IRS | $0.00 | $0.00 | $0.00 |
| 77 | Randy Preisler | $3,289.24 | $0.00 | $6.26 |
| 78 | SWEET MARGY CONFECTION DIVA | $3,194.00 | $0.00 | $6.08 |
| 79 | INFOSOLVE, INC. | $24,968.75 | $0.00 | $47.50 |
| 80 | AJC NATURAL BEVERAGES | $2,139.00 | $0.00 | $4.07 |

Total to be paid to timely general unsecured claims: $4,148.21
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $6,605,078.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 83 | O'NEILL & GASPARDO, LLC | $47,589.79 | $0.00 | $0.00 |
| 84 | Arbor Investments II QP, LP | $1,662,433.44 | $0.00 | $0.00 |
| 85 | Arbor Investments II, LP | $3,628,570.50 | $0.00 | $0.00 |
| 86 | Arbor Investments Management LLC | $260,601.72 | $0.00 | $0.00 |
| 87 | ADT Security Services Inc | $1,235.97 | $0.00 | $0.00 |
| 88 | ADT Security Services Inc | $2,923.51 | $0.00 | $0.00 |
| 89 | POWER DISTRIBUTING LLC | $1,020.00 | $0.00 | $0.00 |
| 90 | WABASH/ROOSEVELT, LLC | $1,000,000.00 | $0.00 | $0.00 |
| 91 | Illinois Dept of Revenue, Bankruptcy Section | $704.00 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
                    Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**